**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAKOTA LOMAX                                                                                           PLAINTIFF
ADC #132458

V.                                              NO: 5:12CV00353 SWW

WILLIAM STRAUGHN *et al.*                                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2.     This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.     The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of December, 2012.


                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE