**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DAKOTA LOMAX                                                                                               PLAINTIFF
ADC #132458

V.                                               NO: 5:12CV00353 SWW

WILLIAM STRAUGHN *et al.*                                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE